UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-v-<br><br>MRPS SHIPPING & LOGISTICS PV LTD.,<br><br>Defendant. | : | 26-CV-5109 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 9, 2026 Order, ECF No. 7, Plaintiff was required to file proof of service of the Order no later than September 11, 2026. To date, Plaintiff has not filed proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 16, 2026**. Failure to file proof of service by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: September 14, 2026
New York, New York

JESSE M. FURMAN
United States District Judge