UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

LIBERTY MUTUAL INSURANCE COMPANY,

Plaintiff,

-v-

MRPS SHIPPING & LOGISTICS PV LTD.,

Defendant.

---------------------------------------------------------------------X

26-CV-5109 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 15, 2026 Order, ECF No. 11, Plaintiff was required to file proof of service of the order by **September 17, 2026**. To date, Plaintiff has not filed such proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 23, 2026**.

SO ORDERED.

Dated: September 20, 2026
New York, New York

JESSE M. FURMAN
United States District Judge